## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:18-CR-0224-01-DGK |
| RAFEE C. PRICE, | ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO SUPPRESS

Pending before the Court are Defendant's Motion to Suppress Evidence and Statements (Doc. 20) and United States Magistrate Judge Lajuana M. Count's Report and Recommendation (Doc. 40) advising the Court deny the motion.

Earlier today, Defendant changed his plea and pled guilty to Count One pursuant to a plea agreement. Defense counsel has also notified the Court that she will not be filing a response to the Report and Recommendation.

After reviewing the report and conducting an independent review of the applicable law and record, *see* L.R. 74.1(a)(2), the Court ADOPTS the Report and Recommendation and DENIES the motion (Doc. 20).

**IT IS SO ORDERED.**

Date: July 16, 2019     /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT